**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                      **CASE NO.  4:13CR00101-001 KGB**

**ROSARIO MARTINEZ**                                                    **DEFENDANT**

## ORDER

Pending are defendant Rosario Martinez's motion to suppress statement (Dkt. No. 14) and motion to withdraw her motion to suppress statement (Dkt. No. 17).

The Court has considered the motions and finds that defendant's motion to withdraw her motion to suppress statement should be and is hereby granted (Dkt. No. 17).  As such, defendant's motion to suppress statement is denied as moot (Dkt. No. 14).

The hearing scheduled for Thursday, December 5, 2013, is canceled and shall be removed from the Court's docket (Dkt. No. 16).

IT IS SO ORDERED this 26th day of November, 2013.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge